iCommLaw
ANITA TAFF-RICE, SBN 186039
1547 Palos Verdes #298
Walnut Creek, CA 94597
Telephone: (415) 699-7885
Facsimile: (925) 274-0988
Email: anita@icommlaw.com
*Attorneys for AVX Networks and Digital Equity Foundation*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVX NETWORKS and DIGITAL EQUITY FOUNDATION<br><br>*Plaintiffs,*<br><br>v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION; MARIA ELLIS, in her individual capacity and her official capacity as Director of Broadband Initiatives at the California Public Utilities Commission; JOHN REYNOLDS, DARCIE L. HOUCK, KAREN DOUGLAS, MATTHEW BAKER, and CHRISTINE HARADA, in their official capacities as Commissioners of the California Public Utilities Commission and the CALIFORNIA DEPARTMENT OF FINANCE; and DOES 1-10.<br>*Defendants.* | **CASE NO. 3:26-cv-07172**<br><br>**ORDER FOR JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court, having reviewed and considered all papers and arguments at hearing (if any) in support of the Joint Stipulation to modify briefing schedule and continue case management conference, ORDERS:

1. Defendant DoF shall file its response to the FAC, which is anticipated to be a Motion to Dismiss, on or before October 7, 2026;
2. Plaintiffs' Opposition to the CPUC Defendants' Motion to Dismiss shall be filed on or before September 30, 2026 (instead of on the original due date of September 22, 2026);
3. The CPUC Defendants' Reply to Plaintiffs' Opposition shall be filed on or before October 7, 2026 (instead of on the original due date of September 29, 2026).
4. **The hearing date for both the Motion to Dismiss of the CPUC Defendants and Defendant DoF shall be December 2, 2026, at 2:00 p.m.**
5. Plaintiffs' Opposition to Defendant DoF's anticipated Motion to Dismiss shall be filed on or before October 28, 2026;
6. Defendant DoF's Reply to Plaintiffs' Opposition to DoF's anticipated Motion to Dismiss shall be filed on or before November 6, 2026; and,
7. The Case Management Conference currently set for October 13, 2026 is CONTINUED to **January 12, 2027,** at 2:00 p.m. The Joint Statement shall be filed by January 5, 2027.

IT IS SO ORDERED.

DATED: September 21, 2026.

Honorable William H. Orrick
United States District Judge